AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| NEDA ANSARI, MALCOLM BROOKS, VY LE, ANNABELLE PULVER, USRA SALIM, and DANA WHITTEN, on behalf of themselves and all others similarly situated, | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No.  1:25-cv-04643 |
| JOE & THE JUICE NEW YORK LLC and JOE & THE JUICE US HOLDINGS, INC. | ) ) ) | |
| *Defendant(s)* | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Joe & The Juice US Holdings, Inc.
110 Greene St.
Suite 702
New York, NY 10012

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Chantal Khalil Levy & Aaron Freedman
Weitz & Luxenberg P.C.
700 Broadway, 5th Floor
New York, NY 10003

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  June 5, 2025

/S/  S.  James

*Signature of Clerk or Deputy Clerk*



# AFFIRMATION OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Index Number: 1:25-CV-04643-PKC

Date Filed: 6/4/2025

Plaintiff: **NEDA ANSARI, MALCOLM BROOKS, VY LE, ANNABELLE PULVER, USRA SALIM, and DANA WHITTEN, on behalf of themselves and all others similarly situated**
vs.
Defendant: **JOE & THE JUICE NEW YORK LLC and JOE & THE JUICE US HOLDINGS, INC.**

For:
Weitz & Luxenberg, P.C.
700 Broadway
New York, NY 10003

Received by Nicoletti & Harris to be served on **Joe & The Juice US Holdings, Inc., C/O Corporation Service Company, 80 State Street, Albany, NY 12207**.

I, Dylan Jones, do hereby affirm that on the **26th day of June, 2025 at 2:30 pm, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **Summons in a Civil Action with Class Action Complaint, Jury Trial Demanded, and Civil Cover Sheet** to: **Minard Carkner as Litigation Management Specialist of Corporation Service Company, Registered Agent,** at the address of: **C/O Corporation Service Company, 80 State Street, Albany, NY 12207** on behalf of **Joe & The Juice US Holdings, Inc.**

**Description** of Person Served: Age: 39, Sex: M, Race/Skin Color: White, Height: 6'0", Weight: 220, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action.

I affirm on _6/27/25_, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_Dylan Jones_
**Dylan Jones**
Process Server

**Nicoletti & Harris**
**101 Avenue Of The Americas**
**9th Floor**
**New York, NY 10013**

Our Job Serial Number: NHI-2025015105
Ref: 998838

