# PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 Avenue of the Americas
New York, NY 10019-6064
+1 212 373 3000

**Jessica S. Carey**
**Direct Dial:** +1 212 373 3566
**Email:** jcarey@paulweiss.com

Brussels
Hong Kong
London
Los Angeles
San Francisco
Tokyo
Toronto
Washington, D.C.
Wilmington

December 5, 2025

<u>Via CM/ECF</u>

Hon. P. Kevin Castel
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Ansari et al.* v. *Joe & The Juice New York LLC et al.*, Case No. 1:25-cv-04643-PKC, Request for Oral Argument re Motion to Dismiss

Dear Judge Castel:

      We represent Defendants, Joe & The Juice New York LLC and Joe & The Juice US Holdings, Inc. (collectively, "Joe & The Juice") in the above-captioned matter. We respectfully submit this letter pursuant to Rule 3(F) of Your Honor's Individual Practices in Civil Cases to request oral argument on Joe & The Juice's Motion to Dismiss Plaintiffs' Amended Class Action Complaint.

Respectfully,

*/s/ Jessica S. Carey*
Jessica S. Carey

cc:    All counsel of record (via ECF)