# PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 Avenue of the Americas
New York, NY 10019-6064
+1 212 373 3000

**Jessica S. Carey**
**Direct Dial:** +1 212 373 3566
**Email:** jcarey@paulweiss.com

Brussels
Hong Kong
London
Los Angeles
San Francisco
Tokyo
Toronto
Washington, D.C.
Wilmington

December 5, 2025

**Via CM/ECF**

Hon. P. Kevin Castel
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Ansari et al.* v. *Joe & The Juice New York LLC et al.*, Case No. 1:25-cv-04643-PKC,
Request for Oral Argument re Motion to Dismiss

Dear Judge Castel:

　　We represent Defendants, Joe & The Juice New York LLC and Joe & The Juice US Holdings, Inc. (collectively, "Joe & The Juice") in the above-captioned matter.  We respectfully submit this letter pursuant to Rule 3(F) of Your Honor's Individual Practices in Civil Cases to request oral argument on Joe & The Juice's Motion to Dismiss Plaintiffs' Amended Class Action Complaint.

　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　*/s/ Jessica S. Carey*
　　　　　　　　　　　　　　　　Jessica S. Carey

cc:　　All counsel of record (via ECF)

If after an in-depth review of the motion papers, the Court concludes that oral argument would be beneficial, the Court will advise the parties and have them appear for argument.  ECF 36 should be terminated.
SO ORDERED.
Dated:  4/3/2026

P. Kevin Castel
United States District Judge